Jeremy M. Mittman (SBN 248854)
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310.284.5634
Fax:  310.557.2193
jmittman@proskauer.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claude Dagenais<br><br>Plaintiff(s)<br><br>v.<br><br>Amgen Inc. Master Benefits Plan, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV13-03958 VBK<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of      **Brian S. Neulander**     , of    Proskauer Rose LLP, 650 Poydras St., Ste. 1800, New Orleans, LA 70130
              *Applicant's Name*                                        *Firm Name / Address*

         (504) 310-2018                                                bneulander@proskauer.com
        *Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of    Plaintiff    X  Defendants:
Amgen Inc. Master Benefits Plan, et al.

Intervener or other interested person _____

and the designation of    Jeremy M. Mittman,   SBN 248854
                              *Local Counsel Designee /State Bar Number*

of  Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA  90067
                              *Local Counsel Firm / Address*

         (310) 284-5634                                                jmittman@proskauer.com
        *Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

_X_ GRANTED

__ DENIED.  Fee shall be returned by the Clerk.

__ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated     August 1, 2013                              /s/
                                           VICTOR B. KENTON, U.S. Magistrate Judge