1  PROSKAUER ROSE LLP
   JEREMY M. MITTMAN (SBN 248854)
2  jmittman@proskauer.com
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:  (310) 284-5634
4  Facsimile:  (310) 557-2193

5
   PROSKAUER ROSE LLP
6  RUSSELL L. HIRSCH HORN (*pro hac vice*)
   rhirschhorn@proskauer.com
7  11 Times Square
   New York, NY  10036
8  Telephone:  (212) 969-3286
   Facsimile:  (212) 969-2900
9
   PROSKAUER ROSE LLP
10 BRIAN S. NEULANDER (*pro hac vice*)
   bneulander@proskauer.com
11 650 Poydras Street – Suite 1800
   New Orleans, LA  70130
12 Telephone:  (504) 310-2018
   Facsimile:  (504) 310-2022
13

14 Attorneys for Defendant
   *Amgen Inc. Master Benefits Plan*
15

16

17              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  CLAUDE DAGENAIS, | Case No. CV13-03958 VBK |
| 20         Plaintiff, | |
| 21     vs. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMGEN INC. MASTER BENEFITS PLAN** |
| 22  AMGEN INC. MASTER BENEFITS PLAN, | |
| 23 | |
| 24         Defendant. | Complaint Filed:  June 3, 2013 |
| 25 | |
| 26 | |

27

28

NOTICE OF CORPORATE DISCLOSURE

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Amgen Inc. Master Benefits Plan has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

DATED:  August 2, 2013

JEREMY M. MITTMAN
PROSKAUER ROSE LLP

  s/  Jeremy M. Mittman
_____

Attorney for Defendant,
*Amgen Inc. Master Benefits Plan*