JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE DAGENAIS,<br><br>    Plaintiff,<br><br>vs.<br><br>AMGEN INC. MASTER BENEFITS PLAN,<br><br>    Defendant. | Case No.: CV13-03958 VBK<br><br>**[PROPOSED]** ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV13-03958 VBK is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: 12/23/2013        BY: _____/s/_____
                              Honorable Victor B. Kenton
                              United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)